FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ AUG 29 2017 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
In re:                                                      :     17-MC-1980    (BMC)
                                                            :
ISRAEL BURNS,                                               :
an attorney admitted to practice before this Court,         :
                                                            :
                        Respondent.                         :
                                                            :
------------------------------------------------------------X

**BEFORE THE GRIEVANCE COMMITTEE OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK**

An order having been entered in the Supreme Court of the State of New York, Appellate Division, accepting voluntary resignation (disciplinary) of respondent, and removing respondent from the roll of attorneys and counselors-at-law in New York State,

IT IS ORDERED, pursuant to Local Rule 1.3(a) governing voluntary State resignations, respondent, having failed to file an affidavit establishing eligibility to remain admitted to this bar with the Clerk of the Court within 30 days of their removal from the bar of the State, is deemed to have voluntarily resigned from the bar of this Court as well. Respondent is stricken from the roll of practicing attorneys of this Court effective the date they were removed from the roll of practicing attorneys by the State.

The docketing clerk is directed to mail a copy of the within to respondent if service is unavailable via ECF, and to close the within action without prejudice to reopening the matter upon application of respondent.

SO ORDERED.

Dated :      Brooklyn, New York
             Aug.  28   , 2017

                                    Digitally signed by Brian M. Cogan
                                    _____
                                    BRIAN M. COGAN, U.S.D.J.
                                    Chairman of the Committee on
                                    Grievances, E.D.N.Y.